**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: October 22, 2020**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
  JOHN G BENNINGTON, III                                        CASE NO. 20-10258
  2133 PICKETSIDE DRIVE                                           (CHAPTER 13)
  BATAVIA, OH  45103                                               JEFFERY P. HOPKINS

     Debtor

ORDER OF DISMISSAL OF CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS (Doc. 38)

    This matter is before the Court pursuant to the Chapter 13 Trustee's Motion to Dismiss (Doc. 38) for FAILURE to make plan payments.

    IT IS ORDERED that the Chapter 13 petition and plan of the Debtor be dismissed.

    IT IS FURTHER ORDERED that the creditors listed on the matrix of the Debtor be notified of the dismissal and that the Trustee disburse funds in her possession pursuant to the confirmed plan, or if preconfirmation, Trustee shall disburse funds to Debtor minus administrative costs.

    Any funds received after the order of dismissal shall be returned to the debtors.

SO ORDERED.

COPIES TO:

All Creditors and Parties in Interest